IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IAN RUPERT <br><br> Plaintiff(s), <br><br> v. <br> CAPITAL ACCOUNTS, LLC <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. CIV-22-420-R |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiff__, __Ian Rupert__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ David T. Mowdy          5/27/2022
Signature                  Date

David T. Mowdy
Print Name

Riggs Abney
Firm

528 NW 12th Street
Address

Oklahoma City, OK 73103
City            State        Zip Code

(405) 843-9909
Telephone

dmowdy@riggsabney.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18