IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IAN RUPERT )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-22-420-R
CAPITAL ACCOUNTS, LLC )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Ian Rupert
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Chad C. Taylor     5/27/2022
Signature             Date

Chad C. Taylor
Print Name

Riggs Abney
Firm

528 NW 12th Street
Address

Oklahoma City, OK 73103
City           State        Zip Code

(405) 843-9909
Telephone

ctaylor@riggsabney.com
Internet E-mail Address

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18