# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| IAN RUPERT | ) | |
| Plaintiff(s), | ) ) ) ) | |
| v. | ) ) | Case No. CIV-22-420-R |
| CAPITAL ACCOUNTS, LLC | ) ) ) ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Capital Accounts, LLC
Incorp Services, Inc.
1585 Mallory LN STE 104
Brentwood, TN 37027-3036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David T. Mowdy

Riggs, Abney, Neal, Turpen, Orbison, & Lewis
528 NW 12th Street
Oklahoma City, OK 73103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
4:41 pm, Jun 02, 2022
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*