## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IAN RUPERT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: <u>CIV-22-420-R</u> |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ACCOUNTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>DISMISSAL WITH PREJUDICE</u>

COMES NOW the Plaintiff, Ian Rupert, and dismisses the above entitled cause of action against the Defendants, with prejudice as to refiling of the same.

DATED this 11th day of July, 2022.

Respectfully submitted,

RIGGS, ABNEY, NEAL, TURPEN,
 ORBISON & LEWIS P.C.


*s/ David T. Mowdy*
Chad C. Taylor, OBA No. 18308
David T. Mowdy, OBA No. 34733
528 NW 12th St
Oklahoma City, OK 73103
Telephone:    (405) 843-9909
Facsimile:    (405) 842-2913
ctaylor@riggsabney.com
dmowdy@riggsabney.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF MAILING</u>

       I hereby certify that on July 11, 2022, I filed the attached document with the Clerk of the Court and served the attached document on the following, who are not registered participants of the ECF System:

Jonathan K. Aust
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
*Attorney for Defendant*

*s/ David T. Mowdy*
David T. Mowdy